The United States District Court
For The Middle District of Pennsylvania

---

| | |
|---|---|
| Dorian Trevor Sykes, | |
| Plaintiff, | |
| v. | DECLARATION |
| Warden, B.A. Bletsoe et al., | Dorian T. Sykes |
| Defendants | Civil Action No. 3:11-1158 |
| | (Munley, D.J.) |
| | (Mannion, M.J.) |

---

Dorian Trevor Sykes] hereby declares: I have first-hand knowledge to the statement I am about to make.

On July 6th, 2011, I was forced against my will to cell ~~partner~~ with ~~inmate Eugene Washington~~, by Correctional Officer Wise. Wise informed me that SIS Lt. Heath and Unit Manager Brewer instructed for myself and inmate Washington to be cell partner's. I was initially separated from inmate Washington on June 30th, 2011 - after complaining to unit manager Brewer that Washington had been assaulting me and depriving me of food.

On June 30th, 2011 I was placed in a cell with inmate Juan Ortez. Ortez told the unit officer Liesenfeld that we must seperate because he found out through other inmates that I am an inmate informant. I requested protective

-1-

custody once Ortez put staff on notice because I was in fear that he would assault me. But instead of admitting me into protective custody, I was forced to go back into the cell with inmate Washington, even with defendant, Lt. Heath and Unit Manager Drewer having prior knowledge of Washington assaulting me.

I received a threatening letter via mail [see Exhibit A] from inmate John Anthony Cole. In his letter, Cole, demands that I have my family send him $500 and if I refuse, Cole swears to have his notorious "Crips" gang kill me! This is the second letter I have received from Cole threatening my life as a means of extortion. The first letter was sent to my mother's home address. When I put defendants: Lt. Heath, Lt. Benfer and Warden Bledsoe on notice - I was told by Deputy Captain Snider that the handwriting didn't match Cole's.
I have missed Cole's June 1st, 2011 deadline for the $500, and now I am receiving threats from Cole's affiliates, threatening that they will carry out the "Hit" when the opportunity presents itself. Cole's affiliates include, but are not limited to: Crips, Bloods, G.D.'s, Vice Lords, Latin Kings, People's, etc.. Anyone of the above gangs may carry out the "Hit" if like Cole says, when the opportunity presents itself. The above gangs have alliances with one another, thus making it their obligation to carry out "Hits" for one another. Defendants: Lt. Heath, and Lt. Benfer know this to be truth because they are gang specialists here at SMU - Lewisburg.

I live in constant fear that on any given day my life will

-2-

be taken at the hands of violence, due to my "snitch label." The defendants have done nothing to abate imminent danger of serious physical injury.

I am in fear that inmate Eugene Washington will revert right back to assaulting me and depriving me of food.

I have provided each defendant named in the complaint with the foregoing information, requested protective custody, to no avail. This is an on-going issue.

### 28 U.S.C. 1746

I declare under penalty of perjury that the foregoing is true and correct. Executed at [Lewisburg, PA] on July 6th, 2011

Adrian T. Sykes
Signature

Magistrate Judge, Mannion

I am writing you this letter in regards to Civil Action No. 3:11-1158 Sykes v. Bledsoe et al,.

I have a "TRO" and Preliminary Injunction ORDER currently infront of you your Honor - and I would prayfully ask that you consider the enclosed Declaration as evidence when making your decision. I am also respectfully asking for a speedy resolution w/ Preliminary Injunction, as my life is infact in imminent danger. Thank You

Sincerely,
Dextan Sykes

Clerk,

Would you please forward me with the name & address of the Defendants lawyer, so that I may put them on notice of Jury Demand.

Thank You

Sincerely,
F. Sykes

Re: Sykes v. Bledsoe et al.,
    Civil Action No. 3:11-1158

FILED
SCRANTON
JUL 0 8 2011
PER
DEPUTY CLERK



Inmate Name: Dorian T. Sykes
Register Number: 31185-029
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Office of the Clerk
U.S. District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

- Special Legal Mail -